455 A.2d 195

Commonwealth v. Maddox, Appellant.

Petition for Allowance of Appeal
Denied June 8, 1983.

 Submitted November 15, 1982. Eric L. Lilian, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.